**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NEXUSCARD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:15-cv-968 |
| | ) |
| THE KROGER CO., | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff NexusCard, Inc. states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2015

                                          */s/ Andrew W. Spangler*
                                          Andrew Spangler
                                          **Spangler Law P.C.**
                                          208 N. Green St., Suite 300
                                          Longview, Texas 75601
                                          Phone: (903) 753-9300
                                          Fax: (903) 553-0403
                                          spangler@spanglerlawpc.com

                                          Matthew M. Wawrzyn (*pro hac vice* pending)
                                          *mwawrzyn@siprut.com*
                                          Stephen C. Jarvis (*pro hac vice* pending)
                                          *sjarvis@siprut.com*
                                          **SIPRUT PC**
                                          17 N. State St., Suite 1600
                                          Chicago, Illinois 60602
                                          312.236.0000
                                          Fax: 312.300.4905
                                          **www.siprut.com**

                                          *Attorneys for Plaintiff NexusCard, Inc.*