# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2074, 16-2077

FILED: **6/15/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

**NEXUSCARD, INC.,**

*Plaintiff - Appellant*

v.

**THE KROGER CO.,**

*Defendant - Appellee*

Appeals from the United States District Court for the Eastern District of Texas in case nos. 2:15-cv-00961-JRG, 2:15-cv-00968-JRG Judge J. Rodney Gilstrap

## MANDATE

In accordance with the judgment of this Court, entered May 09, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $277.14 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court